IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,                                   No. CV 07-06114 MJJ ,

       Plaintiff,
                                                      **JUDGMENT IN A CIVIL CASE**
  v.

ANNIKA SORENSTAM,

       Defendant.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as plaintiff has failed to state a cognizable claim for relief under § 1983.


Dated: December 28, 2007                              Richard W. Wieking, Clerk

                                                      By: /s/ Frank Justiliano
                                                      Deputy Clerk